```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
GERSH KORSINSKY,

                        Plaintiff,         **MEMORANDUM
                                            & ORDER**

        -against-

                                            04 CV 2695 (SLT) (LB)

MICROSOFT CORPORATION,

                        Defendant.
--------------------------------------------------X
TOWNES, U.S.D.J.
```

Plaintiff Gersh Korsinsky moves pursuant to Federal Rule of Civil Procedure 60(b) for reconsideration of the Court's order granting summary judgment to Defendant Microsoft Corporation. Plaintiff has failed to show the existence of any exceptional circumstances which warrant review, as nothing has changed since the Court issued its decision and Plaintiff's most recent arguments are without merit. Thus, Plaintiff's request for reconsideration is DENIED.

**SO ORDERED**.

                                          S/
                                    SANDRA L. TOWNES
                                    UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       May 11, 2005